UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                          Case No.: 6:14-bk-07952-CCJ
                                                                                Chapter 7

FRANK SLEDGE, JR.,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

A true and correct copy of the Chapter 7 Individual Debtor's Statement of Intentions has been sent by either electronic transmission or by US Mail on this 6th day of November, 2014 to: Leigh R. Meininger, Trustee, P.O. Box 1946, Orlando, Florida 32802-1946; Debtor: Frank Sledge, Jr., 5620 Oxford Moor blvd., Windermere, Florida 34786; Ally Financial, Post Office Box 130424, Roseville, MN 55113-0004; Select Portfolio Servicing, Post Office Box 65250, Salt Lake City, UT 84165; and to Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129.

/s/ Jeffrey S. Ainsworth
_____
Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: *jeff@bransonlaw.com*
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
John Raffaelli, Esquire
Florida Bar. No.: 808008
E-mail: *john@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re  Frank Sledge, Jr.  
Debtor(s)

Case No.  6:14-bk-07952  
Chapter  7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

### Property No. 1

| Creditor's Name:<br>Ally Financial | Describe Property Securing Debt:<br>2004 GMC Yukon<br>Vin #:1GKEK63U74J240894<br>Condition: fair<br>Mileage: 280,000 |
|---|---|

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

### Property No. 2

| Creditor's Name:<br>Select Portfolio Servicing | Describe Property Securing Debt:<br>OXFORD MOOR 47/30 LOT 56<br>Location: 5620 Oxford Moor Blvd., Windermere, FL 34786-7009 |
|---|---|

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ■ Other. Explain **Requesting Loan Modification** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Specialized Loan Servi | **Describe Property Securing Debt:**<br>OXFORD MOOR 47/30 LOT 56<br>Location: 5620 Oxford Moor Blvd., Windermere, FL 34786-7009 |

Property will be (check one):
  ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain **avoid lien using 11 U.S.C. § 522(f)** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date __OCT 30, 2014__        Signature _Frank Sledge, Jr._
                                                **Frank Sledge, Jr.**
                                                Debtor